# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a | : |
| HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | : |
|  | : Case No. 19-11466(MFW) |
| *Debtors.* | : |
|  | : |
| CENTER CITY HEALTHCARE, LLC, d/b/a | : |
| HAHNEMANN UNIVERSITY HOSPITAL, | : |
| ST. CHRISTOPHER'S HEALTHCARE, LLC, | : |
| TPS V OF PA, LLC and SCHC PEDIATRIC | : |
| ASSOCIATES, LLC, | : |
|  | : Adversary No. 21-50896 (MFW) |
| *Plaintiffs*, | : |
|  | : |
| v. | : |
|  | : |
| DE LAGE LANDEN | : |
| FINANCIAL SERVICES, INC., | : |
|  | : |
| *Defendant*. | : |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties that the time for Defendant, De Lage Landen Financial Services, Inc., to Answer the Avoidance Action Complaint filed in this matter shall be extended two (2) weeks to October 29, 2021. All other procedures governing deadlines

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

1

in this case as outlined in the Court's Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors (D.I. 10) shall remain in full force and effect.

| | |
|---|---|
| By: */s/ John D. Demmy*<br>JOHN D. DEMMY<br>**SAUL EWING ARNSTEIN & LEHR LLP**<br>Mark Minuti (DE No. 2659)<br>John D. Demmy (DE No. 2802)<br>Monique B. DiSabatino (DE No. 6027)<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6800<br>Facsimile: (302) 421-6813<br>E-mail: mark.minuti@saul.com<br>　　　　  john.demmy@saul.com<br>　　　　  monique.disabatino@saul.com<br><br>*Counsel for the Plaintiffs,*<br>*Center City Healthcare, LLC, d/b/a*<br>*Hahnemann University Hospital, et al.* | By: */s/ P.J. Winterhalter*<br>PAUL J. WINTERHALTER<br>**OFFIT KURMAN, P.A.**<br>401 Plymouth Road, Suite 100<br>Plymouth Meeting, PA 19462<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>*Counsel for the Defendant,*<br>*De Lage Landen Financial Services, Inc.* |

4836-5994-4959, v. 1