# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC, d/b/a<br>Hahnemann University Hospital, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW) |
| Center City Healthcare, LLC, d/b/a<br>Hahnemann University Hospital, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>De Lage Landen Financial Services, Inc.,<br><br>        Defendant. | Adv. Pro. No. 21-50896 (MFW) |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's *Order Assigning Adversary Proceeding to Mediation and Appointing Mediator*, dated November 12, 2021, the undersigned mediator reports that the mediation was completed on January 6, 2022, and resolved in the following manner:

(a) The following individuals were present:

    (1) Parties (name and capacity) –

        a. Susannah Prill and Adeola Akinrinade, Eisner Advisory Group, LLC, decision makers for Plaintiffs; and

        b. Lisa Fleischer and Charles McAllister, De Lage Landen Financial Services, Inc., decision makers for Defendant.

    (2) Counsel (name and party representing) –

        a. John D. Demmy, Esq., Saul Ewing Arnstein & Lehr, LLP, counsel for Plaintiffs; and

      b.  Paul J. Winterhalter, Esq., Offit Kurman, P.C., counsel for Defendant.

(b) The following parties failed to appear and/or participate as ordered: n/a

(c) The outcome of the mediation conference was:

\_\_\_\_\_    The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

\_\_\_\_\_    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

\_\_\_\_\_    The following issues remain for this court to resolve:

__X__    The matter has not been resolved and should proceed to trial.

\_\_\_\_\_    OTHER:

Dated:  January 6, 2022                Respectfully submitted,

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (No. 3320)
Goldstein & McClintock, LLLP
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
Facsimile: (302) 444-6709
Email: marias@goldmclaw.com

cc: John D. Demmy (via CM/ECF)
    Paul J. Winterhalter (via CM/ECF)