# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, ST. CHRISTOPHER'S HEALTHCARE, LLC, TPS V OF PA, LLC, and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DE LAGE LANDEN FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adv. No. 21-50896 (MFW) |

## STIPULATION EXTENDING PRE-TRIAL DATES AND DEADLINES

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Center City Healthcare, LLC d/b/a Hahnemann University Hospital, St. Christopher's Healthcare, LLC, TPS V of PA, LLC, and SCHC Pediatric Associates, LLC ("**Plaintiffs**") and Defendant De Lage Landen Financial Services, Inc. ("**Defendant**"), by and through their undersigned counsel, that the following dates and deadlines set forth in the *Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548 and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

*550 of the Bankruptcy Code* entered by the Court on September 21, 2021 [Docket No. 10], as amended by the parties' *Stipulation Extending Pre-Trial Dates and Deadlines* [Docket No. 24] filed on May 19, 2022, shall be extended as follows:

| **Description** | **Stipulated Deadline** | **New Deadline** |
|---|---|---|
| Last day for all non-expert fact discovery including depositions of fact witnesses | June 30, 2022 | July 31, 2022 |
| Disclosures and reports of (a) the parties for any issue on which they bear the burden of proof (not including any report by Plaintiffs on insolvency) and (b) if Defendant intends to provide expert testimony regarding insolvency of the Debtors due. | August 1, 2022 | August 31, 2022 |
| Disclosures and reports (a) of the parties' rebuttal experts, and (b) Plaintiffs' report on the insolvency of the Debtors, if any, due | August 31, 2022 | September 30, 2022 |
| All expert discovery due including depositions | October 31, 2022 | November 30, 2022 |
| Last day to file and serve dispositive motions | November 30, 2022 | December 31, 2022 |

[*Signature page to follow*]

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **OFFIT KURMAN** |
| | |
| */s/ John D. Demmy* | */s/ Paul J. Winterhalter* |
| John D. Demmy (DE Bar No. 2802) | Paul J. Winterhalter |
| Monique Bair DiSabatino (DE Bar No. 6027) | 401 Plymouth Road, Suite 100 |
| 1201 N. Market Street, Suite 2300 | Plymouth Meeting, PA 19462 |
| P.O. Box 1266 | Telephone: (484) 531-1700 |
| Wilmington, DE 19899-1266 | pwinterhalter@offitkurman.com |
| Telephone: (302) 421-6800 | |
| john.demmy@saul.com | *Counsel for Defendant De Lage Landen Financial Services, Inc.* |
| monique.disabatino@saul.com | |

　　　　-and-

Jeffrey C. Hampton
Adam H. Isenberg
A. Mayer Kohn
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com
mayer.kohn@saul.com

*Counsel for the Plaintiffs*

Dated: June 10, 2022