# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : |
| | : Chapter 11 |
| CENTER CITY HEALTHCARE, LLC, d/b/a | : |
| HAHNEMANN UNIVERSITY HOSPITAL, et al.,[1] | : |
| | : Case No. 19-11466(MFW) |
| *Debtors.* | : |
| | : |
| CENTER CITY HEALTHCARE, LLC, d/b/a | : |
| HAHNEMANN UNIVERSITY HOSPITAL, | : |
| ST. CHRISTOPHER'S HEALTHCARE, LLC, | : |
| TPS V OF PA, LLC and SCHC PEDIATRIC | : |
| ASSOCIATES, LLC, | : |
| | : Adversary No. 21-50896 (MFW) |
| *Plaintiffs,* | : |
| v. | : |
| DE LAGE LANDEN | : |
| FINANCIAL SERVICES, INC., | : |
| | : |
| *Defendant/ Third Party Plaintiff* | : |
| v. | : |
| SANTANDER BANK, N.A., | : |
| *Third Party Defendant* | : |

## ORDER GRANTING LEAVE TO FILE
## THIRD PARTY COMPLAINT

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

Upon a Motion having been presented on behalf of De Lage Landen Financial Services, Inc. dated July 20, 2022 (the "Motion") seeking leave, as a Defendant in the above captioned adversary proceeding, to file a Third Party Complaint pursuant to Bankruptcy Rule 7014 which incorporates Federal Rule of Civil Procedure 14; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.§§157, 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C.§157(b); and venue being proper before the Court pursuant to 28 U.S.C.§§1408 and 1409; and due and proper notice of the Motion having been provided; such notice having been adequate and appropriate under the circumstances; and it appearing that no further notice need be provided; and the Court having reviewed the Motion; and upon all proceedings had before the Court and after due deliberation and sufficient cause therefore,

**IT IS HEREBY ORDERED THAT**

1. The relief sought by the Motion is granted.

2. Defendant De Lage Landen Financial Services, Inc. shall file the proposed Third-Party Complaint within 7 days of the entry of this Order and promptly serve the Complaint and Summons upon the Third-Party Defendant.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: July 22nd, 2022　　　　　　　　　　　　　　MARY F. WALRATH
Wilmington, Delaware　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE