**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) <br> ) <br> CENTER CITY HEALTHCARE, LLC, ) <br> d/b/a HAHNEMANN UNIVERSITY ) <br> HOSPITAL, et al., ) <br> ) <br>         Debtors. ) <br> _____ ) <br> CENTER CITY HEALTHCARE, LLC, ) <br> d/b/a HAHNEMANN UNIVERSITY ) <br> HOSPITAL, ST. CHRISTOPHER'S ) <br> HEALTHCARE, LLC, TPS V OF PA, LLC ) <br> AND SCHC PEDIATRIC ASSOCIATES, ) <br> LLC, ) <br> ) <br>         Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> DE LAGE LANDEN FINANCIAL ) <br> SERVICES, INC., ) <br> ) <br>         Defendant/Third ) <br>         Party Plaintiff ) <br> ) <br>    v. ) <br> ) <br> SANTANDER BANK, N.A., ) <br> ) <br>         Third Party ) <br>         Defendant ) | Chapter 11 <br><br> Case No.19-11466 (MFW) <br><br><br><br><br><br><br><br><br><br><br> Adversary No. 21-50896 <br> (MFW) <br><br><br> **Re:  Docket Nos. 37, 38** |

**O R D E R**

**AND NOW**, this **26th** day of **July, 2022,** it is hereby

**ORDERED** that this Court's July 22, 2022, Order Granting Leave to File Third-Party Complaint, having been inadvertently entered by this Court, is hereby **VACATED.**

**Dated: July 26th, 2022**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**