# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, ST. CHRISTOPHER'S HEALTHCARE, LLC, TPS V OF PA, LLC, and SCHC PEDIATRIC ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DE LAGE LANDEN FINANCIAL SERVICES, INC.,<br><br>Defendant. | Adv. No. 21-50896 (MFW) |

## STIPULATION EXTENDING DISPOSITIVE MOTION DEADLINE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Center City Healthcare, LLC d/b/a Hahnemann University Hospital, St. Christopher's Healthcare, LLC, TPS V of PA, LLC, and SCHC Pediatric Associates, LLC ("**Plaintiffs**") and Defendant De Lage Landen Financial Services, Inc. ("**Defendant**"), by and through their undersigned counsel, that the last day to file and serve dispositive motions shall be extended to January 31, 2023.

[*Signature page to follow*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

40907120.1 12/13/2022

2

| | |
|---|---|
| **SAUL EWING LLP** | **OFFIT KURMAN** |
| | |
| */s/ John D. Demmy* | */s/ Paul J. Winterhalter* |
| John D. Demmy (DE Bar No. 2802) | Paul J. Winterhalter |
| Monique Bair DiSabatino (DE Bar No. 6027) | 401 Plymouth Road, Suite 100 |
| 1201 N. Market Street, Suite 2300 | Plymouth Meeting, PA 19462 |
| P.O. Box 1266 | Telephone: (484) 531-1700 |
| Wilmington, DE 19899-1266 | pwinterhalter@offitkurman.com |
| Telephone: (302) 421-6800 | |
| john.demmy@saul.com | *Counsel for Defendant De Lage Landen Financial Services, Inc.* |
| monique.disabatino@saul.com | |

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for the Plaintiffs*

Dated: December 13, 2022